E-FILED
Tuesday, 07 February, 2006  02:55:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED BENNETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-1015 |
| PEORIA COUNTY JAIL, | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court are Fred Bennett's Application to Proceed Without Prepayment of Fees and Affidavit [Docs. ## 1 & 3] and form 42 U.S.C. § 1983 Complaint. In his Applications, Bennett indicates that he is unemployed and has no current income. He also represents that he has no money in cash or bank accounts. Accordingly, the Court finds that Bennett is unable to pay the applicable filing fee.

IT IS THEREFORE ORDERED that Bennett's Applications to Proceed Without Prepayment of Fees and Affidavit [Docs. # 1 & 3] are GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the Complaint, Summons, and this Order upon Defendant as directed by the Plaintiff. All costs of service shall be advanced by the United States.

Entered this   7th   day of February, 2006.

                                   s/ Joe B. McDade
                                JOE BILLY McDADE
                          United States District Judge